AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Oklahoma

| | |
|---|---|
| (1) Robert Young, on behalf of himself and all others similarly situated,<br>*Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No.  17-cv-101-RAW-TLW |
| (1) East Texas Medical Center Regional Healthcare System, Inc., a Texas nonprofit corporation;<br>*Defendant* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elmer G. Ellis
801 Troup Hwy, Tyler, Texas 75701
and/or
1000 South Beckham Ave, Tyler, Texas 75701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Bob L. Latham, Esq.
Latham, Wagner, Steele & Lehman, P.C.
10441 S. Regal Boulevard, Suite 200
Tulsa, Oklahoma 74133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  APR 2 5 2017 _____

Mark C. McCartt

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Oklahoma

| | |
|---|---|
| (1) Robert Young, on behalf of himself and all others similarly situated, <br><br> *Plaintiff* <br><br> v. <br><br> (1) East Texas Medical Center Regional Healthcare System, Inc., a Texas nonprofit corporation; <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 17-cv-101-RAW-TLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald J. Schwartz
18028 Forest Glen Cir.
Flint, TX 75762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bob L. Latham, Esq.
Latham, Wagner, Steele & Lehman, P.C.
10441 S. Regal Boulevard, Suite 200
Tulsa, Oklahoma 74133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt

CLERK OF COURT

Date: __APR 2 5 2017__

_____
*Signature of Clerk or Deputy Clerk*