# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT YOUNG, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 17-CIV-101-RAW-JFJ |
| EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, INC., et al., ) ) ) ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P. and the orders entered contemporaneously, judgment is hereby entered in this case.

**ORDERED THIS 6th DAY OF NOVEMBER, 2017.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**